IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| | ) | |
| Jonathon D. Bender, | ) | Case No. 15-21726 |
| | ) | Chapter 13 |
| | ) | Document No. |
| *Debtor* | ) | |

## **NOTICE OF CHANGE OF ADDRESS**

AND NOW, comes the debtor, Jonathon D. Bender, by and through his attorney Kenneth Steidl, and Steidl and Steinberg, Attorneys at Law and respectfully represent as follows:

1. At the time of filing, the debtor, Jonathon D. Bender, had an address of 109 Heritage Creek Drive, Mars, PA 16046.

2. The debtor has since moved and the new address is 185 Sankey Lane, Siler City, NC 27344.

WHEREFORE, the debtor, Jonathon D. Bender, respectfully files this Notice of Change of Address.

Respectfully submitted,

July 14, 2016   /s/ Kenneth Steidl
DATE    Kenneth Steidl, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
(412) 391-8000
Ken.steidl@steidl-steinberg.com
PA I.D. No. 34965