Case 15-21726-JAD    Doc 82    Filed 08/30/16    Entered 08/30/16 11:46:28    Desc Main
Document    Page 1 of 1

FILED
8/30/16 11:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** JONATHON D. BENDER
**Case Number:** 15-21726-JAD          **Chapter:** 13
**Date / Time / Room:** THURSDAY, AUGUST 25, 2016 01:00 PM  3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#28 - Continued Confirmation of Plan Dated 7/31/15 NFC
R / M #:  28 / 0

### Appearances:

Debtor: A. Steidl
Trustee: Winnecour / **Bedford** / Pail / Katz
Creditor: S. Zembron - Heritage Creek

### Proceedings: No payments since March — Trustee recommends DM

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 9-7-16 at 9:30.
10. _____ Other:

8/18/2016   2:19:35PM