UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

|  |  |  |
|---|---|---|
| Debtor: | JONATHON D. BENDER | |
| Case Number: | 15-21726-JAD | Chapter: 13 |

Date / Time / Room:    WEDNESDAY, SEPTEMBER 07, 2016 09:30 AM   COURTROOM D

Bankruptcy Judge:    JEFFERY A. DELLER
Courtroom Clerk:    JEFF FURIS
Reporter / ECR:    N/A

## Matter:

Contested Hearing on Confirmation of Debtor's Amended Chapter 13 Plan Dated 7/31/2015
- Interim O/E on 9/14/2015 @ Doc. #34
- Conciliation Conference Held on 9/10/15 at Doc. # 35
- Conciliation Conference Held on 11/16/2015 at Doc. # 59
- Conciliation Conference Held on 3/31/2016 at Doc. # 79
- Conciliation Conference Hled on 8/25/2016 at Doc. # 82 - Continued To Contesed
R / M #:   28 / 0

## Appearances:

TRUSTEE:  WINNECOUR / BEDFORD / KATZ / PAIL
DEBTOR(S): ~~Kenneth~~ Steidl, Esq.
CREDITOR:

## Proceedings:

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
___ CONTINUE MATTER:
    ___ For At Least _____ Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at _____
    ___ To Conciliation Conference For _____ at
         _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY / JURY
    ___ Simple / Pretrial Order - NONJURY / JURY
    ___ Parties To Undertake Discovery - Discovery Period: _____ days
___ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER:

✱ ORDER

Confirmation is denied. An order shall be entered that dismisses this case without prejudice.

FILED
9/7/16 12:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

9-7-2016

Page 1 of 1                                                                       8/30/2016   1:56:58PM

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jonathon D. Bender  
      Debtor

Case No. 15-21726-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 1     Date Rcvd: Sep 07, 2016  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2016.  
db          +Jonathon D. Bender,    185 Sankey Lane,    Siler City, NC 27344-8065

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2016 at the address(es) listed below:  
       Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
       Kenneth Steidl    on behalf of Debtor Jonathon D. Bender julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
       S. James Wallace    on behalf of Creditor    Peoples TWP, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
       Stephen Craig Zumbrun    on behalf of Creditor    Heritage Creek Homeowners Association, Inc. steve@pioneerls.com  
       Susan Diane Livingston    on behalf of Creditor    Heritage Creek Homeowners Association, Inc. susan@pioneerls.com  
                                                                                            TOTAL: 7