# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| JONATHON D. BENDER, | : | Bankruptcy No. <u>15-21726-JAD</u> |
| | : | |
| | : | |
| | : | Issued Per The 9/7/2016 |
| | : | Proceeding |
| | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE
## AND TERMINATING INCOME ATTACHMENT

**AND NOW**, this <u>**7th**</u> day of <u>**September**</u>, <u>**2016**</u>, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** and that the Debtor(s) remain legally liable for all of his/her debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed to title 11 U.S.C. § 108 (c) for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this notice.

**IT IS FURTHER ORDERED** that if this case is dismissed, with prejudice, pursuant to 11 U.S.C. § 109(g), the Debtor is ineligible to file bankruptcy under any chapter for one-hundred eighty (180) days.

**IT IS FURTHER ORDERED** that each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor shall serve a copy of this order on each such employer and entity immediately.

**IT IS FURTHER ORDERED** that the court retains jurisdiction over the Trustee's Final Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

**IT IS FURTHER ORDERED** that the Clerk shall give notice to all creditors of this dismissal.

FILED
9/7/16 12:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____ jsf
**JEFFERY A. DELLER**
U.S. Bankruptcy Judge

cm:    **All Creditors And All Parties In Interest**

DISMIS~1

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 15-21726-JAD
Jonathon D. Bender                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin                  Page 1 of 2           Date Rcvd: Sep 07, 2016
                              Form ID: pdf900             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2016.
```
db             +Jonathon D. Bender,    185 Sankey Lane,    Siler City, NC 27344-8065
cr             +Heritage Creek Homeowners Association, Inc.,     710 Fifth Avenue, Suite 2000,
                 Pittsburgh, pa 15219-3004
r              +Juliette Thomas,    Howard Hanna Cranberry,    20930 Route 19,    Cranberry Twp, PA 16066-5904
cr             +Peoples TWP, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
cr             +Wollemi Acquisitions, LLC by AIS Data Services, LP,     PO Box 165028,    Irving, TX 75016-5028
cr             +Wollemi, LLC by AIS Data Services, LP as agent,    P.O. Box 165028,    Irving, TX 75016-5028
14044854       +Heritage Creek Homeowners Assoc.,    c/o The Community Management Group,
                 12300 Perry Highway, Suite 309,    Wexford, PA 15090-8318
14044855       +Heritage Creek Homeowners Assoc.,    c/o Thomas Ayoob, III & Matthew Dolfi,    710 Fifth Avenue,
                 Suite 2000,    Pittsburgh, PA 15219-3004
14044859        Levin Furniture,    c/o Comenity Bank,    P.O. Box 182125,    Columbus, OH 43218-2125
14058832       +Matthew Dolfi, Esquire,    THOMAS H AYOOB III & ASSOC,    710 FIFTH AVENUE SUITE 2000,
                 Pittsburgh, PA 15219-3004
14044860      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,     350 Highland Drive,
                 Lewisville, TX 75067)
14044861       +Nationstar Mortgage LLC,    c/o KML Law Group P.C.,    Suite 5000, BNY Independence Center,
                 701 Market Street,    Philadelphia, PA 19106-1538
14093909        Navient Solutions, Inc.,    Department of Education Loan Services,     P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
14080861       +Peoples TWP LLC,    225 North Shore Drive, Suite 300,    Pittsburgh, PA 15212-5860,
                 Attn: Dawn Lindner
14044863        Santander Consumer USA,    P.O. Box 105255,    Atlanta, GA 30348-5255
14072955       +Santander Consumer USA Inc,    P.O. Box 560284,    Dallas, TX 75356-0284
14131117       +Wollemi Acquisitions, LLC,    by AIS Data Services, LP as agent,    PO Box 165028,
                 Irving, TX 75016-5028
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14044853        E-mail/Text: bankruptcy@consumerportfolio.com Sep 08 2016 01:21:27
                 Consumer Portfolio Services Inc.,    P.O. Box 57071,    Irvine, CA 92619-7071
14044856        E-mail/Text: cio.bncmail@irs.gov Sep 08 2016 01:20:44      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
14044858        E-mail/Text: ebnsterling@weltman.com Sep 08 2016 01:20:48       Kay Jewelers,    P.O. Box 740425,
                 Cincinnati, OH 45274-0425
14058836        E-mail/PDF: pa_dc_claims@navient.com Sep 08 2016 01:24:47       Navient,    P.O. Box 9500,
                 Wilkes Barre, PA 18773-9500
14072039        E-mail/PDF: pa_dc_litigation@navient.com Sep 08 2016 01:24:48
                 Navient Solutions Inc. on behalf of USAF,    Attn: Bankruptcy Litigation Unit E3149,
                 P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
14063474        E-mail/Text: bnc-quantum@quantum3group.com Sep 08 2016 01:20:50
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
14044862       +E-mail/PDF: pa_dc_claims@navient.com Sep 08 2016 01:24:48       Sallie Mae,
                 c/o Navient-US Dept. of Education,    P.O. Box 9635,    Wilkes Barre, PA 18773-9635
14070188       +E-mail/Text: hochheiser@buckleyking.com Sep 08 2016 01:20:39
                 Sterling Jewelers, Inc. dba Kay Jewelers,    c/o Buckley King LPA,     600 Superior Avenue,
                 Suite 1400,    Cleveland, Ohio 44114-2693
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC
14058826*       Consumer Portfolio Services Inc.,    P.O. Box 57071,    Irvine, CA 92619-7071
14058827*      +Heritage Creek Homeowners Assoc.,    c/o The Community Management Group,
                 12300 Perry Highway, Suite 309,    Wexford, PA 15090-8318
14044857*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,     c/o Edward Laubach, Esquire,
                 Room 806 Federal Building,    1000 Liberty Avenue,    Pittsburgh, PA 15222)
14058829*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,     c/o Edward Laubach, Esquire,
                 Room 806 Federal Building,    1000 Liberty Avenue,    Pittsburgh, PA 15222)
14058828*       Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14058830*       Kay Jewelers,    P.O. Box 740425,    Cincinnati, OH 45274-0425
14058831*       Levin Furniture,    c/o Comenity Bank,    P.O. Box 182125,    Columbus, OH 43218-2125
14058833*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,     350 Highland Drive,
                 Lewisville, TX 75067)
14079858*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,     P.O. Box 619096,    Dallas, TX 75261-9741)
14058834*      +Nationstar Mortgage LLC,    c/o KML Law Group P.C.,    Suite 5000, BNY Independence Center,
                 701 Market Street,    Philadelphia, PA 19106-1538
14058837*       Santander Consumer USA,    P.O. Box 105255,    Atlanta, GA 30348-5255
```

```
District/off: 0315-2          User: lfin              Page 2 of 2              Date Rcvd: Sep 07, 2016
                              Form ID: pdf900         Total Noticed: 25

14058835     ##+Navient,    PO Box 9575,    Wilkes Barre, PA 18773-0975
                                                                                   TOTALS: 1, * 11, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2016 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Kenneth  Steidl    on behalf of Debtor Jonathon D. Bender julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples TWP, LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          Stephen Craig Zumbrun    on behalf of Creditor    Heritage Creek Homeowners Association, Inc.
           steve@pioneerls.com
          Susan Diane Livingston    on behalf of Creditor    Heritage Creek Homeowners Association, Inc.
           susan@pioneerls.com
                                                                                             TOTAL: 7
```