**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JONATHON D. BENDER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:15-21726 JAD<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/13/2015 and confirmed on 09/14/2015. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 25,571.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 25,566.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 1,095.71 | |
| Trustee Fee | 1,040.56 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,136.27 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NATIONSTAR MORTGAGE LLC* | 0.00 | 18,577.74 | 0.00 | 18,577.74 |
| Acct: XXXXXXXXXXXX6-15 | | | | |
| NATIONSTAR MORTGAGE LLC* | 49,445.24 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX5-15 | | | | |
| HERITAGE CREEK HOMEOWNERS ASSOC | 1,850.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXS PA | | | | |
| STERLING JEWELERS INC D/B/A KAY JEW | 755.09 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0690 | | | | |
| CONSUMER PORTFOLIO SVCS/CPS | 26,626.00 | 1,402.26 | 2,289.84 | 3,692.10 |
| Acct: XXX1510 | | | | |
| WOLLEMI ACQUISITIONS LLC BY AIS DATA | 11,100.00 | 882.39 | 277.50 | 1,159.89 |
| Acct: 5802 | | | | |
| | | | | 23,429.73 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JONATHON D. BENDER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

15-21726 JAD        **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**        Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| JONATHON D. BENDER | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 2,500.00 | 1,095.71 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 2,856.11 | 0.00 | 0.00 | 0.00 |
| Acct: 5991 | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| NAVIENT SOLUTIONS INC O/B/O USAF INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5991 | | | | |
| PEOPLES TWP LLC* | 826.15 | 0.00 | 0.00 | 0.00 |
| Acct: 1065 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY | 3,111.86 | 0.00 | 0.00 | 0.00 |
| Acct: 7206 | | | | |
| INTERNAL REVENUE SERVICE* | 3.45 | 0.00 | 0.00 | 0.00 |
| Acct: 5991 | | | | |
| WOLLEMI ACQUISITIONS LLC BY AIS DATA | 6,836.97 | 0.00 | 0.00 | 0.00 |
| Acct: 5802 | | | | |
| NAVIENT SOLUTIONS INC O/B/O DEPARTM | 31,098.14 | 0.00 | 0.00 | 0.00 |
| Acct: 5991 | | | | |
| ASCENSION CAPITAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |
| **TOTAL PAID TO CREDITORS** | | | | 23,429.73 |

TOTAL CLAIMED
PRIORITY          2,856.11
SECURED          89,776.33
UNSECURED        41.876.57

Date: 10/13/2016

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com